UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: SINGH, ARVIND | § | Case No. 09-48552 |
| SINGH, ANUMITA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within     9 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 02/24/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: _12/28/2011_ _____     By: _/s/ Michael G. Berland_ _____
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SINGH, ARVIND  § Case No. 09-48552

SINGH, ANUMITA  §

  §

Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 164,207.38 |
| *and approved disbursements of* | $ 114,509.95 |
| *leaving a balance on hand of* [1] | $ 49,697.43 |

**Balance on hand:**   $   49,697.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   49,697.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 11,233.96 | 0.00 | 11,233.96 |
| Trustee, Expenses - MICHAEL G. BERLAND | 317.60 | 0.00 | 317.60 |

Total to be paid for chapter 7 administration expenses:  $   11,551.56
Remaining balance:  $   38,145.87

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $_____0.00

Remaining balance:  $____38,145.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $_____0.00

Remaining balance:  $____38,145.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,771.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bankc/o Dfs Services LLC | 13,676.04 | 0.00 | 3,989.30 |
| 3 | Chase Bank USA, N.A. | 3,418.80 | 0.00 | 997.26 |
| 4 | Chase Bank USA, N.A. | 355.85 | 0.00 | 103.80 |
| 5 | GE Money Bankc/o recovery Managment Systems | 1,975.75 | 0.00 | 576.33 |
| 6 | GE Capital Financialc/o System Service Technologies Inc | 7,152.47 | 0.00 | 2,086.37 |
| 7 | BMW Bank of North America | 5,279.68 | 0.00 | 1,540.08 |
| 8 | Fia Card Services,/Bank of America, American ifsource Agent | 13,633.42 | 0.00 | 3,976.86 |
| 9 | Fia Card Services, /Bank of America, | 36,106.54 | 0.00 | 10,532.26 |

| | American Ifnousrce Agen | | | |
|---|---|---|---|---|
| 10 | GE Money Bankc/o Recovery Managment Systems | 2,887.86 | 0.00 | 842.39 |
| 11 | American Express Bank, FSB,c/o Beckett & Lee | 1,595.12 | 0.00 | 465.30 |
| 12 | American Express Centurion Bank c/o Beckett & lee | 44,689.55 | 0.00 | 13,035.92 |

Total to be paid for timely general unsecured claims:     $ _____ 38,145.87
Remaining balance:     $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $ _____ 0.00
Remaining balance:     $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:  $ _____ 0.00
Remaining balance:     $ _____ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-48552-BWB
Arvind Singh                                                              Chapter 7
Anumita Singh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan        Page 1 of 3          Date Rcvd: Dec 29, 2011
                              Form ID: pdf006        Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2011.
db/jdb      +Arvind Singh,   Anumita Singh,   3503 Mistflower Lane,   Naperville, IL 60564-5898
14885567    +AMEX,   PO Box 981537,   El Paso, TX 79998-1537
14885564    +Abhay Sidhu,   2164 Gardner Circle East,   Aurora, IL 60503-6233
14885565    +Allied Interstate,   3000 Corporate Exchange Drive, 5th Floor,   Columbus, OH 43231-7723
14885566    +American Express Bank FSB,   C/O Teller, Levit & Silvertrust PC,   11 East Adams St., Suite 800,
              Chicago, IL 60603-6324
16032983     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16057336     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14885569     Artisan's Inc.,   10252 Bode St. Unit A,   Plainfield, IL  60585-2502
15895366    +BMW Bank of North America,   PO Box 23356,   Pittsburgh, PA 15222-6356
14885573    ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,   5515 Parkcenter Cir,   Dublin, OH  43017)
14885570    +Bank Of America,   55 Challenger Rd.,   Ridgefield Park, NJ 07660-2109
14885571    +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
14885572    +Bmw Bank Of North Amer,   2735 E Parleys Ways Ste,   Salt Lake City, UT 84109-1666
14885563    +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
14885575    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
14885574    +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
14885577    +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14885576    +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
15767347     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14885578    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14885581    +Encore Receivable Management, Inc.,   400 N. Rogers Road,   Olathe, KS 66062-1212
14885583    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   38 Fountain Square,   Cincinnati, OH  45263)
14885582    +FedEx Customer Information Services, Inc,   C/O John M. Galich/James F. Dunneback P.,
              9501 W. 144th Place, Suite 200,   Orland Park, IL 60462-2563
14885584     First Equity Card Corp.,   PO Box 23029,   Columbus, GA  31902-3029
14885587    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Bank,   Po Box 52530,   Carol Stream, IL  60196)
14885588    +Ncb Ne Er,   4661 E Main St,   Columbus, OH 43213-3298
14885562    +Singh Anumita,   3503 Mistflower Lane,   Naperville, IL 60564-5898
14885561    +Singh Arvind,   3503 Mistflower Lane,   Naperville, IL 60564-5898
14885589    +St. Charles Bank & Trust Company,   411 W. Main St.,   St. Charles, IL 60174-1815
14885591    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
              MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD  21701)
14885590    +Wells Fargo  Business Direct,   PO Box 348750,   Sacramento, CA 95834-8750
14885592     Wild Orchid,   10252 S. Bode Rd., Unit A,   Plainfield, IL  60585-2502
14885593     Woodland Imports Corp,   10252 S. Bode Rd.,   Plainfield, IL  60585-9104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15712815     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2011 04:05:11     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
14885580    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2011 04:05:10     Discover Fin Svcs Llc,
              2500 Lake Cook Rd.,   Riverwoods, IL 60015-1838
15945359     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2011 04:02:14
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15839731    +Fax: 866-311-5818 Dec 30 2011 02:11:43     GE Capital Financial,
              c/o Systems & Services Technologies Inc,   4315 Pickett Road,   St Joseph MO 64503-1600
15839197     E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2011 04:06:23     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14885585    +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2011 04:16:29     Gemb/care Credit,   Po Box 981439,
              El Paso, TX 79998-1439
14885586     E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2011 04:16:30     Gemb/lowes,   Po Box 103065,
              Roswell, GA  30076
                                                                              TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Gloria Longest
aty          June, Prodehl, Renzi, & Lynch LLC
aty          Renzi, John C
14885568    ##+Arrowhead LLC,   10252 S. Bode Rd.,   Plainfield, IL 60585-9104
14885579    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                              TOTALS: 3, * 0, ## 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: esullivan        Page 2 of 3              Date Rcvd: Dec 29, 2011
                             Form ID: pdf006          Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: esullivan          Page 3 of 3              Date Rcvd: Dec 29, 2011
                               Form ID: pdf006          Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2011 at the address(es) listed below:
          C David Ward    on behalf of Debtor Arvind Singh cdward1945@yahoo.com,  ladylaw1031@msn.com
          Joel P Fonferko    on behalf of Creditor  CITIMORTGAGE, INC. ND-Two@il.cslegal.com
          John C Renzi    on behalf of Trustee Michael Berland jcrenzi@jprlaw.net
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yanick  Polycarpe    on behalf of Creditor  Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                        TOTAL: 6