UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SINGH, ARVIND § Case No. 09-48552
SINGH, ANUMITA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Payment of mortgage to Wells Fargo |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Additional closing fee | | | | | |
| Closing fee Fidelity Title | | | | | |
| Past due assessment fees | | | | | |
| Past due utilities | | | | | |
| Recording fees | | | | | |
| Title insurance fees | | | | | |
| Transfer fees | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| U S Department Of Treasury | | | | | |
| 2010 tax proration | | | | | |
| 2011 tax proration | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| June, Prodehl & Renzi | | | | | |
| Gloria Longest | | | | | |
| Payment of real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX PO Box 981537 El Paso, TX  79998 | | | | | |
| | Allied Interstate 3000 Corporate Exchange Drive, 5th Floor Columbus, OH 43231 | | | | | |
| | Bank Of America 55 Challenger Rd. Ridgefield Park, NJ  07660 | | | | | |
| | Bank Of America 55 Challenger Rd. Ridgefield Park, NJ  07660 | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA  30348 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT  84130 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Encore Receivable Management, Inc. 400 N. Rogers Road Olathe, KS 66063 | | | | | |
| | FedEx Customer Information Services, Inc C/O John M. Galich/James F. Dunneback P. 9501 W. 144th Place, Suite 200 Orland Park, IL 60462 | | | | | |
| | First Equity Card Corp. PO Box 23029 Columbus, GA 31902-3029 | | | | | |
| | Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | | | | |
| | St. Charles Bank & Trust Company 411 W. Main St. St. Charles, IL 60174 | | | | | |
| | St. Charles Bank & Trust Company 411 W. Main St. St. Charles, IL 60174 | | | | | |
| | Wells Fargo Business Direct PO Box 348750 Sacramento, CA 95834 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS BANK FSBC/OTELLER | | | | | |
| 11 | AMERICAN EXPRESS BANK, FSB,C/O BECK | | | | | |
| 12 | AMERICAN EXPRESS CENTURION BANK C/O | | | | | |
| 7 | BMW BANK OF NORTH AMERICA | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 1 | DISCOVER BANKC/O DFS SERVICES LLC | | | | | |
| 9 | FIA CARD SERVICES, /BANK OF AMERICA | | | | | |
| 8 | FIA CARD SERVICES,/BANK OF AMERICA, | | | | | |
| 6 | GE CAPITAL FINANCIALC/O SYSTEM SERV | | | | | |
| 5 | GE MONEY BANKC/O RECOVERY MANAGMENT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | GE MONEY BANKC/O RECOVERY MANAGMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-48552 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | SINGH, ARVIND | | | Date Filed (f) or Converted (c): | 12/23/09 (f) |
| | SINGH, ANUMITA | | | 341(a) Meeting Date: | 02/01/10 |
| For Period Ending: | 08/08/12 | | | Claims Bar Date: | 09/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2804 Bluewater, Naperville-scheduled | 210,000.00 | 163,000.00 | | 163,000.00 | FA |
| 2. 3503 Mistflower-scheduled | 460,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. Bankof America checking-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. Bank Of America-savings-scheduled | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Chase Bank savings-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 7. Ever Bank checking-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. Household goods-scheduled | 350.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing apparel-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. 100% ownership Atisans-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 100% ownership Wild Orchid-scheudled | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 50% ownership Arrowhead Properties-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 50% ownership Woodland Imports-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 2003 BMW-scheduled | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 15. Rental-Bluewater property-unscheduled (u) | 0.00 | 1,200.00 | | 1,200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.80 | Unknown |
| TOTALS (Excluding Unknown Values) | $679,050.00 | $164,200.00 | | $164,207.80 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

There wasequity in non-homestead property.The Trustee filed a Motion To Employ Broker and Motion to Sell. The property was lquidated and tax returns filed. The Trustee has filed his Final Report with the bankruptcy court..

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-48552    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | SINGH, ARVIND | Date Filed (f) or Converted (c): | 12/23/09 (f) |
| | SINGH, ANUMITA | 341(a) Meeting Date: | 02/01/10 |
| | | Claims Bar Date: | 09/09/10 |

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48552 -BL | |
| Case Name: | SINGH, ARVIND | |
| | SINGH, ANUMITA | |
| Taxpayer ID No: | *******7472 | |
| For Period Ending: | 08/08/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******9565 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312252689565 | Wire in from JPMorgan Chase Bank, N.A. account 312252689565 | 9999-000 | 1,200.01 | | 1,200.01 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,200.06 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,200.13 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,200.20 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,200.27 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,200.34 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,200.35 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,200.36 |
| 01/27/11 | | Fidlelity National Title Insurance | Net proceeds from sale of 2804 Bluewater, Naperville, Ilinois | | 53,876.44 | | 55,076.80 |
| | | | DEPOSIT CHECK #9301006597 | | | | |
| | 1 | | Memo Amount: 163,000.00 | 1110-000 | | | |
| | | | Sales price of property | | | | |
| | | | Memo Amount: ( 91,734.23 ) | 4110-000 | | | |
| | | | Payment of mortgage to Wells Fargo | | | | |
| | | | Memo Amount: ( 5,986.78 ) | 2820-000 | | | |
| | | | 2010 tax proration | | | | |
| | | | Memo Amount: ( 442.86 ) | 2820-000 | | | |
| | | | 2011 tax proration | | | | |
| | | | Memo Amount: ( 8,150.00 ) | 3510-000 | | | |
| | | | Payment of real estate commission | | | | |
| | | | Memo Amount: ( 100.00 ) | 2500-000 | | | |
| | | | Closing fee Fidelity Title | | | | |
| | | | Memo Amount: ( 1,490.00 ) | 2500-000 | | | |
| | | | Title insurance fees | | | | |
| | | | Memo Amount: ( 110.00 ) | 2500-000 | | | |
| | | | Additional closing fee | | | | |

| | | Page Subtotals | 55,076.80 | 0.00 |
|---|---|---|---|---|

Ver: 16.06d

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 09-48552 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SINGH, ARVIND | Bank Name: | The Bank of New York Mellon |
|  | SINGH, ANUMITA | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7472 |  |  |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | Memo Amount: ( 72.50 ) Recording fees | 2500-000 |  |  |  |
|  |  |  | Memo Amount: ( 244.50 ) Transfer fees | 2500-000 |  |  |  |
|  |  |  | Memo Amount: ( 335.00 ) Past due assessment fees | 2500-000 |  |  |  |
|  |  |  | Memo Amount: ( 457.69 ) Past due utilities | 2500-000 |  |  |  |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.18 |  | 55,076.98 |
| 02/21/11 | 011001 | June, Prodehl & Renzi | Payment of special counsel fee per court order | 3210-600 |  | 2,787.00 | 52,289.98 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.25 |  | 52,291.23 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 |  | 52,292.56 |
| 04/27/11 | 011002 | U S Department Of Treasury | Payment of income tax for sale of real estate | 2810-000 |  | 1,873.00 | 50,419.56 |
| 04/27/11 | 011003 | Gloria Longest | Payment for accountant to prepare tax returns | 3410-000 |  | 500.00 | 49,919.56 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 |  | 49,920.84 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 |  | 49,921.35 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 |  | 49,921.76 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 |  | 49,922.18 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 |  | 49,922.60 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 116.26 | 49,806.34 |
| 09/07/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | -91.26 | 49,897.60 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 |  | 49,898.00 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 102.48 | 49,795.52 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 |  | 49,795.94 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 98.91 | 49,697.03 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 |  | 49,697.43 |

Page Subtotals 7.02 5,386.39

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48552 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | SINGH, ARVIND | | Bank Name: | The Bank of New York Mellon |
| | SINGH, ANUMITA | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7472 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.42 | | 49,697.85 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 49,698.17 |
| 01/25/12 | | Transfer to Acct #*******5205 | Bank Funds Transfer | 9999-000 | | 49,698.17 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 163,000.00 | COLUMN TOTALS | | 55,084.56 | 55,084.56 | 0.00 |
| Memo Allocation Disbursements: | 109,123.56 | Less: Bank Transfers/CD's | | 1,200.01 | 49,698.17 | |
| | | Subtotal | | 53,884.55 | 5,386.39 | |
| Memo Allocation Net: | 53,876.44 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 53,884.55 | 5,386.39 | |

Page Subtotals 0.74 49,698.17

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-48552 -BL |
| Case Name: | SINGH, ARVIND |
| | SINGH, ANUMITA |
| Taxpayer ID No: | *******7472 |
| For Period Ending: | 08/08/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******9566 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.06d

Case 09-48552   Doc 51   Filed 08/21/12   Entered 08/21/12 11:41:24   Desc Main
Document      Page 16 of 20

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-48552 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | SINGH, ARVIND | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | SINGH, ANUMITA | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******7472 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/10 | 15 | Arvind Singh | Payment of rental from tenant | 1222-000 | 1,200.00 | | 1,200.00 |
| | | | DEPOSIT CHECK #9425503568 | | | | |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 1,200.01 |
| 04/06/10 | | Wire out to BNYM account 000252689565 | Wire out to BNYM account 000252689565 | 9999-000 | | 1,200.01 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 1,200.01 | 1,200.01 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 1,200.01 | 1,200.01 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 1,200.01 | 1,200.01 | |

Page Subtotals        1,200.01        1,200.01

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

**FORM 2**        Page: 6
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-48552 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SINGH, ARVIND | Bank Name: | JPMorgan Chase Bank, N.A. |
| | SINGH, ANUMITA | Account Number / CD #: | *******9566 Checking Account |
| Taxpayer ID No: | *******7472 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00    0.00    0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00    0.00 |
| | | Subtotal | 0.00    0.00 |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | 0.00 |
| | | Net | 0.00    0.00 |

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-48552 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SINGH, ARVIND | Bank Name: | Congressional Bank |
|  | SINGH, ANUMITA | Account Number / CD #: | *******5205  Checking Account |
| Taxpayer ID No: | *******7472 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.32 | | -0.32 |
| * 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.32 | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******9565 | Bank Funds Transfer | 9999-000 | 49,698.17 | | 49,698.17 |
| 02/28/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 317.60 | 49,380.57 |
| 02/28/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 11,233.96 | 38,146.61 |
| 02/28/12 | 001003 | Discover Bank c/o Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 1, Payment 29.17029% | 7100-000 | | 3,989.34 | 34,157.27 |
| 02/28/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 3, Payment 29.17018% | 7100-000 | | 997.27 | 33,160.00 |
| 02/28/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 4, Payment 29.16959% | 7100-000 | | 103.80 | 33,056.20 |
| 02/28/12 | 001006 | GE Money Bank c/o recovery Managment Systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Claim 5, Payment 29.17019% | 7100-000 | | 576.33 | 32,479.87 |
| 02/28/12 | 001007 | GE Capital Financial c/o System Service Technologies Inc<br>4315 Pickett Road<br>St Joseph, MO  64503-0999 | Claim 6, Payment 29.17034% | 7100-000 | | 2,086.40 | 30,393.47 |
| 02/28/12 | 001008 | BMW Bank of North America<br>PO Box 23356 | Claim 7, Payment 29.17033% | 7100-000 | | 1,540.10 | 28,853.37 |
| | | | Page Subtotals | | 49,698.17 | 20,844.80 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-48552 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SINGH, ARVIND | Bank Name: | Congressional Bank |
| | SINGH, ANUMITA | Account Number / CD #: | *******5205  Checking Account |
| Taxpayer ID No: | *******7472 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/12 | 001009 | Pittsburgh, PA  15222<br>Fia Card Services,/Bank of America, American ifsource Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Claim 8, Payment 29.17030% | 7100-000 | | 3,976.91 | 24,876.46 |
| 02/28/12 | 001010 | Fia Card Services, /Bank of America, American Ifnousrce Agen<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Claim 9, Payment 29.17028% | 7100-000 | | 10,532.38 | 14,344.08 |
| 02/28/12 | 001011 | GE Money Bankc/o Recovery Managment Systems<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Claim 10, Payment 29.17039% | 7100-000 | | 842.40 | 13,501.68 |
| 02/28/12 | 001012 | American Express Bank, FSB,c/o Beckett & Lee<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 11, Payment 29.17022% | 7100-000 | | 465.30 | 13,036.38 |
| 02/28/12 | 001013 | American Express Centurion Bank c/o Beckett & lee<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 12, Payment 29.17026% | 7100-000 | | 13,036.06 | 0.32 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.32 | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 49,697.85 | 49,697.85 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 49,698.17 | 0.00 | |
| | | Subtotal | | -0.32 | 49,697.85 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | -0.32 | 49,697.85 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 163,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 109,123.56 | Money Market Account - ********9565 | 53,884.55 | 5,386.39 | 0.00 |
| | | Checking Account - ********9566 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 53,876.44 | Money Market Account - ********9565 | 1,200.01 | 1,200.01 | 0.00 |
| | | Page Subtotals | -0.32 | 28,853.05 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

Page: 9

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-48552 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | SINGH, ARVIND | | Bank Name: | Congressional Bank |
| | SINGH, ANUMITA | | Account Number / CD #: | *******5205 Checking Account |
| Taxpayer ID No: | *******7472 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********9566 | | 0.00 | 0.00 | 0.00 |
| | | | Checking Account - ********5205 | | -0.32 | 49,697.85 | 0.00 |
| | | | | | ------------------ | ------------------ | ------------------ |
| | | | | | 55,084.24 | 56,284.25 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*